IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAKE SIMMONS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **06-276-JPG** |
| ) | |
| **ROSALINA GONZALES, et al.,** ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

**PROUD, Magistrate Judge:**

Before the Court are two virtually identical motions filed by plaintiff Simmons, seeking default judgment against defendant Rosalina Gonzales.  **(Docs.  23 and 24).**

A review of the record reveals that defendant Gonzales has filed an answer, although it was filed approximately five days out of time.  **(Doc. 25).**   The Court observes that the waiver was sent to Dr. Gonzales in care of Lawrence Correctional Center, which is not her abode, nor the address of her actual employer.  The Court considers the slight delay attributable to the mailing error and will not penalize defendant Gonzales for the error.  Justice would not be served by entering default in this situation, particularly when the amended complaint is procedurally flawed.  If there is no default, then there can be no default judgment.

**IT IS THEREFORE ORDERED** that the subject motions for default judgment **(Docs. 23 and 24)** are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED: August 2, 2007**

                                                       **s/ Clifford J. Proud**
                                                       **CLIFFORD J. PROUD**
                                                       **U. S. MAGISTRATE JUDGE**