IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAKE SIMMONS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **06-276-JPG** |
| ) | |
| **ROSALINA GONZALES, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendants Benton and Garnett's motion to stay the deadline for filing dispositive motions regarding the exhaustion of administrative remedies.  **(Doc. 31).**  Defendants are awaiting ruling on their motion to dismiss.  Also before the Court is plaintiff' Simmons' motion to strike the defendants' motion, because plaintiff asserts that he has exhausted administrative remedies.  **(Doc. 33).**

Plaintiff has been granted until August 15, 2007, to file a proper second amended complaint.  During the interim period, the defendants' motion to dismiss is being held in abeyance.  Defendants can hardly be expected to file a dispositive motion regarding exhaustion of administrative remedies when the issues in the case are not even clear.  Whether such a motion will be meritorious remains to be seen, but it is the defendants' right to make such a motion.  Therefore, the defendants' motion is well taken.

**IT IS THEREFORE ORDERED** that plaintiff's motion to strike **(Doc. 33)** is **DENIED**; and

1

**IT IS FURTHER ORDERED** that the defendants' motion to stay the deadline for filing dispositive motions regarding the exhaustion of administrative remedies **(Doc. 31)** is **GRANTED**, in that all pretrial deadlines are stayed until further notice.  An entirely new pretrial schedule will be in order if a second amended complaint is filed.  If a second amended complaint is not filed, then the defendants' motion to dismiss will be ruled on in due course, and a revised schedule will be entered.

**IT IS SO ORDERED.**

**DATED: August 2, 2007**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **U. S. MAGISTRATE JUDGE**