IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAKE SIMMONS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **06-276-JPG** |
| | ) | |
| **ROSALINA GONZALES, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Gonzales's motion to strike Exhibit 8 to her motion for summary judgment. **(Doc. 66).** Exhibit 8 was supposed to be plaintiff's deposition, but the wrong document was inadvertently filed.

Striking a part of a document as proposed by defendant is difficult, if not impossible in the CM-ECF system. The Court would have to permit an amended motion to be filed, and plaintiff would have to be given notice and another 30-day period to respond to a modified motion for summary judgment. A review of the record reveals that defendants Benton and Garnett filed plaintiff's full deposition, which was jointly taken by all three defendants. **(Doc. 63-3).** Federal Rule of Civil Procedure 56(c) permits a motion for summary judgment to be decided on the documentation and depositions "on file," so whether plaintiff's deposition is attached to Gonzales's motion or the motion filed by Benton and Garnett is of no great significance.

**IT IS THEREFORE ORDERED** that defendant Gonzales's motion to strike Exhibit 8 to her motion for summary judgment **(Doc. 66)** is **DENIED**.

1

**IT IS SO ORDERED.**

**DATED: August 14, 2008**　　　　　　　　　　　　**s/ Clifford J. Proud**
　　　　　　　　　　　　　　　　　　　　　　　　**CLIFFORD J. PROUD**
　　　　　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**