IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAKE SIMMONS**, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil No. **06-276-JPG** |
| **ROSALINA GONZALES, et al.**, | ) ) ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court are several interrelated discovery motions filed by plaintiff, which will be addressed in turn.

Plaintiff moves to compel defendants Benton and Garnett to produce certain incident reports, disciplinary reports and Adjustment Committee reports. **(Doc. 68).** In response, defendants Benton and Garnett indicate in relevant part that, although they consider the request overly broad as drafted, they have now turned all of the responsive documents in their possession. **(Doc. 69).** Three days after the defendants' response was filed, plaintiff filed a second motion to compel, asserting that the defendants have not produced the requested materials. **(Doc. 70).** A review of plaintiff's second motion reveals that it was actually signed and mailed three days prior to the defendants' response, so it is essentially duplicative of the first motion to compel. Plaintiff has not filed any reply to the defendants' response; therefore, the defendants appear to have satisfied plaintiff's request for production.

**IT IS THEREFORE ORDERED** that plaintiff's motions to compel **(Docs. 68 and 70)** are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED: August 14, 2008**                   <u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**