UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAKE SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>ROSALINA GONZALES, M.D., JASON C. GARNETT and S. BENTON,<br><br>    Defendants. | Case No. 06-cv-276-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Rosalina Gonzales, M.D., and against plaintiff Jake Simmons and that plaintiff Jake Simmons's claims against defendant Rosalina Gonzales, M.D., are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Jake Simmons's claims against defendant Jason C. Garnett are dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Jake Simmons's claims against defendant Sherry Benton are dismissed with prejudice.

**DATED:** September 23, 2008        NORBERT JAWORSKI, CLERK

                                            s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**